# UNITED STATES DISTRICT COURT
## EASTERN OF CALIFORNIA

| | |
|---|---|
| LYNDSY HOOKER and JARED HOOKER,<br><br>    Plaintiffs,<br><br>  v.<br><br>FORD MOTOR COMPANY; FUTURE FORD,<br><br>    Defendant. | Case No. 2:23-cv-02738-JAM-JDP<br><br>District Judge: John A. Mendez<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs LYNDSY HOOKER and JARED HOOKER ("Plaintiffs") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 August 13, 2024.

The issue of Plaintiffs' attorneys' fees, costs, and expenses remains outstanding. Plaintiffs' attorneys will meet and confer their fees, costs, and expenses with hopes of resolving within 30 days.

Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of **$188,000.00** pursuant to the terms of the Rule 68 Offer.

The 08/15/2025 Final Pretrial Conference and the 09/29/2025 Jury Trial are hereby **VACATED**.

The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: August 26, 2024        /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE