# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED HOOKER and LYNDSY HOOKER,<br><br>       Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>       Defendant. | Case No.: 2:23-cv-02738-JAM-JDP<br><br>**ORDER GRANTING STIPULATION FOR ORDER TO CONTINUE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES AND JURISDICTION** |

On September 20, 2024, both Parties filed a Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Stipulation and finding good cause therefore, hereby ORDERS as follows:

1. The Joint Stipulation is **GRANTED;**
2. The Court **CONTINUES** the filing deadline of Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses from September 23, 2024 to **November 25, 2024**; and
3. The Court retains Jurisdiction over the action until Plaintiffs' fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated: September 26, 2024    /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          SENIOR UNITED STATES DISTRICT JUDGE